HARRY O. TRIPPLETT and Another, Appellants, v. GRAND ASHER DISTRIBUTING CORPORATION and Others, Defendants, Impleaded with KENNETH SHERBURNE, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. (See *Rando* v. *Royal Mail Steam Packet*

*Co.*, 208 App. Div. 634.) Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.